# EXHIBIT B

## <u>CONSENT TO REMOVAL OF ACTION TO FEDERAL COURT</u>

I, Armir Harris, Chief Executive Officer of Charter Up Holdings, LLC, now known as CharterUp Technologies, LLC ("CharterUP"), a Defendant, consent to the removal of the case filed by Plaintiff Thomas "Ennis" Bragg, Jr. (Civil Action No. 2023CV382448) from the Superior Court of Fulton County, State of Georgia, to the United States District Court for the Northern District of Georgia, Atlanta Division.

Executed this 3rd day of April, 2024

Charter Up Holdings, LLC
now known as
CharterUp Technologies, LLC


By: Armir Harris
Title: Chief Executive Officer