**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF
GEORGIA ATLANTA DIVISION**

| | | |
|---|---|---|
| THOMAS "ENNIS" BRAGG, JR., | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. |
| v. | § | 1:24-cv-01464-AT |
| | § | |
| CHARTER UP HOLDINGS, LLC, | § | |
| ARMIR HARRIS, and LUIS | § | |
| CARRANZA | § | |
| | § | |
| Defendants. | § | |

**DEFENDANT CHARTER UP HOLDINGS, LLC'S MOTION TO DISMISS
COUNTS IV, V AND VI OF PLAINTIFF'S COMPLAINT (FRCP 12(b)(6))**

Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, Defendant Charter Up Holdings, LLC now known as CharterUp Technologies, LLC ("CharterUP" or "Defendant") moves the Court to dismiss Counts IV, V and VI of Plaintiff's Complaint. For the reasons discussed in the attached Memorandum in Support and accompanying declaration with exhibits, Complaint Counts IV, V and VI are due to be dismissed for failure to state a claim for which relief can be granted Pursuant to Rule 12(b)(6).

[SIGNATURE ON THE NEXT PAGE]

Respectfully submitted this 9th day of April, 2024.

s/ Raymond L. Moss
Raymond L. Moss
Georgia Bar No. 526569
rlmoss@mossgilmorelaw.com
**MOSS & GILMORE LLP**
3630 Peachtree Road Suite 1025
Atlanta, Georgia 30326
Telephone No. (678) 381-8601
Facsimile No. (815) 364-0515

*Counsel for Defendant*
*Charter Up Holdings, LLC*
*now known as*
*CharterUp Technologies, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record. Additionally, the document will be sent to counsel of record via United States mail:

> Nancy B. Pridgen, Esq.
> Pridgen Bassett Law, LLC
> 138 Bulloch Avenue
> Roswell, GA 30075
> Email: nancy@pridgenbassett.com

This 9th day of April 2024.

> /s/ Raymond L. Moss
> Raymond L. Moss
> Georgia Bar No. 526569